UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Theresa Ann Salinas<br>Defendant(s) | CRIMINAL NO. 08mj 1924<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/~~Magistrate Judge,~~ **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Alvaro Perez - Amaya

DATED: 7/3/08

**LOUISA S. PORTER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy ~~Clerk~~

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082